# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2008

135485

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH EDMUND PUERTAS,
      Defendant-Appellant.

SC: 135485
COA: 279557
Oakland CC: 1998-157485-FH

_____/

On order of the Court, the application for leave to appeal the November 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2008

_____
Clerk

p0527